UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Minnesota Tower, Inc., a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

Aitkin County of Minnesota;
Aitkin County Planning Commission

Defendants.

Court File No.: 01-674 JRT/RLE

**STIPULATION TO EXTENSION OF TIME AND ORDER**

Plaintiffs and Defendants hereby stipulate that Defendants may have an additional twenty-one (21) days to serve its response to the Complaint. The parties are requesting this extension because this dispute may be resolved during this time frame.

GRAY PLANT MOOTY MOOTY & BENNETT

Dated: 5.17.01

By: ______________________
Lawrence A. Moloney (#165876)
Peter K. Beck (#5927)
Attorney for Plaintiffs
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

IVERSON REUVERS, LLC

Dated: 5/18/01

By: ______________________
Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

FILED MAY 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

(3)

**ORDER**

Based upon the above Stipulation, the Court extends the time in which the Defendants may respond to the Complaint by twenty-one (21) days.

Dated: 5-24-01

By: Raymond L. Erickson
Magistrate Judge Raymond L. Erickson