UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Minnesota Tower, Inc., a
Delaware Corporation;
Northern PCS Service, LLC,
a Minnesota Limited
Liability Company,

Plaintiffs,

vs. ORDER

Aitkin County of Minnesota,
Aitkin County Planning
Commission,

Defendants. Civ. No. 01-674 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

To: Peter K. Beck, Gray Plant Mooty Mooty & Bennett, 3400 City Center, 33 South Sixth Street, Minneapolis, Minnesota, 55402.

At Duluth, in the District of Minnesota, this 24th day of September, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on April 18, 2001, by the filing of a Complaint with the Clerk of Court. On May 24, 2001, the parties filed a Stipulation, signed by the Court, which granted the

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4

Defendants an additional twenty-one (21) days in which to serve their Answer to the Complaint. Nonetheless, as it appears that one hundred and twenty (120) days have passed, and there has been no indicia of service filed with the Court, it is not clear whether the Defendants have been served, in accordance with Rule 4(m), Federal Rules of Civil Procedure, nor have the Defendants answered the Complaint.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendants and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE