UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Minnesota Tower, Inc., a Delaware corporation; Northern PCS Services, LLC, a Minnesota limited liability company,

Plaintiffs,

vs.

Aitkin County of Minnesota;
Aitkin County Planning Commission

Defendants.

Court File No.: 01-674 JRT/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The undersigned attorneys hereby advise the Court that all of Plaintiffs' claims in the above-entitled cause of action have been rendered moot by the Defendants' issuance of a revised conditional use permit. As a result, the parties stipulate that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements or attorney's fees to any of the parties.

It is further stipulated, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements or attorney's fees to any of the parties, may be entered herein.

Dated: September 28, 01

GRAY PLANT MOOTY MOOTY & BENNETT

By: ____________________

Lawrence A. Moloney (#165876)
Peter K. Beck (#5927)
Attorney for Plaintiffs
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

IVERSON REUVERS, LLC

Dated: July 17, 2001

By: ______________________________

Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

**ORDER**

Based upon the above Stipulation, this matter is hereby dismissed with prejudice, without cost or disbursements or attorney's fees to any of the parties.

Dated: Oct 5, 2001

By: John R. Tunheim

John R. Tunheim
United States District Judge